**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | |
| | : | Violation: |
| RAYMOND LEMLEY | : | 31 U.S.C. § 5324 (Structuring) |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

From on or about July 12, 2005 through on or about August 25, 2005, in the District of Connecticut, **RAYMOND LEMLEY**, the defendant herein, did knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure, assist in structuring, and attempt to structure and assist in structuring, transactions with a domestic financial institution, as provided below:

| Date | Cash Deposit Amount | Account Number | Bank |
|---|---|---|---|
| 07/12/2005 | $9,200.00 | 2005014155 | Citizens Bank |
| 07/13/2005 | $9,100.00 | 2005014155 | Citizens Bank |
| 07/14/2005 | $8,000.00 | 2005014155 | Citizens Bank |
| 07/20/2005 | $9,100.00 | 2005014155 | Citizens Bank |
| 07/21/2005 | $4,400.00 | 2005014155 | Citizens Bank |
| 07/26/2005 | $9,600.00 | 2005014155 | Citizens Bank |
| 07/29/2005 | $8,000.00 | 2005014155 | Citizens Bank |
| 08/03/2005 | $8,800.00 | 2005014155 | Citizens Bank |
| 08/08/2005 | $8,000.00 | 2005014155 | Citizens Bank |
| 08/09/2005 | $9,000.00 | 2005014155 | Citizens Bank |
| 08/11/2005 | $9,100.00 | 2005014155 | Citizens Bank |

-2-

| 08/12/2005 | $7,000.00 | 2005014155 | Citizens Bank |
| 08/23/2005 | $9,100.00 | 2005014155 | Citizens Bank |
| 08/25/2005 | $9,000.00 | 2005014155 | Citizens Bank |

All in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d), and Title 31, Code of Federal Regulations, Section 103.11

THE UNITED STATES OF AMERICA

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
PETER S. JONGBLOED, CHIEF
CRIMINAL DIVISION

_____
MARK D. RUBINO
ASSISTANT U.S. ATTORNEY